IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELBERT R. COMPTON,

                Plaintiff,

v.

ROBERT MARTIN,
JANE DOE TIFFANY ANDERSON,
TAMMY MAASSEN, and LILY H. LIU,

                Defendants.

ORDER

23-cv-250-jdp

---

    Plaintiff Elbert R. Compton, appearing pro se, is incarcerated at Wisconsin Secure Program Facility. Compton alleges that prison staff discontinued and failed to reinstate medications he needs to treat severe pain and numbness in one of his hands. Compton is proceeding on Eighth Amendment and Wisconsin-law negligence claims.

    Defendant Tammy Maassen has filed her answer. Compton has filed a motion for entry of default against the remaining defendants. Dkt. 13. As the court has previously explained, the Wisconsin Department of Justice stated that it could not identify the defendant Compton names as Tiffany Anderson, so the court is treating her as a "Jane Doe" defendant; she has not yet been served. *See* Dkt. 10. So I will deny Compton's motion for entry of default against her.

    I will also deny Compton's motion without prejudice regarding defendants Robert Martin and Lily Liu. Compton states that he has served them, but he does not explain what method he used to serve them or submit proof of that service. I will give Compton a short time to refile his motion, along with the completed "proof of service" forms accompanying his summonses or other evidence supporting his assertion that he has properly served those defendants.

ORDER

IT IS ORDERED that:

1. Plaintiff Elbert R. Compton's motion for entry of default judgment, Dkt. 13, is DENIED without prejudice.

2. Plaintiff may have until December 22, 2023, to file proof of service or other evidence that he has properly served defendants Martin and Liu.

Entered November 29, 2023.

                                                      BY THE COURT:

                                                      /s/

                                                      _____
                                                      JAMES D. PETERSON
                                                      District Judge