IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ELBERT R. COMPTON,

                      Plaintiff,

v.

ROBERT MARTIN,
JANE DOE TIFFANY ANDERSON,
TAMMY MAASSEN, and LILY H. LIU,

                      Defendants.

ORDER

23-cv-250-jdp

---

    Plaintiff Elbert R. Compton has filed a motion for entry of default against defendants Robert Martin and Lily Liu. Dkt. 13. But Compton did not explain what method he used to serve them or submit proof of that service; I gave him a chance to provide that information. Dkt. 14.

    Now Compton has responded, stating that documents on the docket show that the United States Marshals have served Martin and Liu or that service was accomplished by this court's screening order asking the Wisconsin Department of Justice whether it would represent these defendants. Dkt. 15. Compton is incorrect. As the court has already explained, the DOJ did not accept service over Martin or Liu. And because Compton has paid the full filing fee, he is not proceeding in forma pauperis, which means that 28 U.S.C. § 1915(d) does not require that the court accomplish service on plaintiff's behalf. It is Compton's responsibility to serve Martin and Liu, following a method approved under Fed. R. Civ. P. 4; I will give him a short time to do so. I will direct the clerk of court to forward to Compton additional copies of the summonses, complaint, and screening order, along with another copy of the court's "Procedure

for Serving a Complaint on an Individual in a Federal Lawsuit," to provide some guidance in serving these defendants.

ORDER

IT IS ORDERED that plaintiff Elbert R. Compton may have until January 16, 2024, to accomplish service on defendants Robert Martin and Lily Liu and file proof of service with the court.

Entered December 15, 2023.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge